# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3059

_____

| | | |
|---|---|---|
| Luanna L. Wells; Tiffany Cashatt; Tonya Riggs; Luke Riggs, | * * * | |
| Appellants, | * * | Appeal from the United States District Court for the |
| v. | * * | Southern District of Iowa. |
| Lamson & Sessions, Co.; Jim Shires; Paul Williams; American Federation of Labor and Congress of Industrial Organizations, Plastic Workers Union Local 18, | * * * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: February 8, 2001
Filed:  February 14, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Luanna Wells appeals following the district court's adverse grants of summary judgment in her civil lawsuit. Thirty-four days following entry of final judgment, Wells moved the district court for an extension of time to file an appeal. She was therefore required to provide notice of her motion to the opposing parties. See Fed. R. App. P. 4(a)(5)(B). Because she failed to do so, the district court lacked authority to grant the

motion and Wells's ensuing notice of appeal was untimely.  <u>See</u> <u>Hable v. Pairolero</u>, 915 F.2d 394, 394-95 (8th Cir. 1990) (district court lacked jurisdiction to order extension where party filed motion more than 30 days after judgment and failed to notify opposing parties; filing requirements for appeals are mandatory and jurisdictional).

Accordingly, the appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.